W. W. Kirk, of Plainview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for arson; punishment being assessed at confinement in the penitentiary for two years.

Appellant has filed with this court his affidavit advising that he does not desire further to prosecute his appeal, and at his request the same is ordered dismissed.

**Harold Gibson COBB v. STATE.**

No. 17380.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Wallace Hughston and John Doyle, both of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft, a felony; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Harold Gibson COBB v. STATE.**

No. 17381.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Wallace Hughston and John Doyle, both of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find in the record an affidavit in due form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

**Jimmie Lewis COX v. STATE.**

No. 17311.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft, a felony; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Jimmie Lewis COX v. STATE.**

No. 17312.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.